**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1691**
_____

THOMAS E. COLONNA; DTC VENTURES, LLC; DESENCIA THOMAS,

Plaintiffs - Appellees,

v.

JAMES MICHAEL HANNERS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (8:10-cv-01899-AW)

_____

Submitted: November 17, 2011      Decided: November 22, 2011

_____

Before KING, DAVIS, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James Michael Hanners, Appellant Pro Se. Jason Wayne Shoemaker, SHOEMAKER & CONNOR, LLC, Bethesda, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Michael Hanners appeals the district court's order confirming the arbitration award entered in Appellees' favor and denying his motions to dismiss and for a continuance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Colonna v. Hanners, No. 8:10-cv-01899-AW (D. Md., filed June 1, entered June 2, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED